UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADE O. FAGORALA,

    Plaintiff,

    v.

NATIONSTAR MORTGAGE, LLC, et al.,

    Defendants.
_____/

No. C 10-1528 PJH

**JUDGMENT**

This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss the complaint

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge